AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| | ) Case No. 4:23cr54 |
| ANDREA HUNT | ) FID: 11593724 |
| | ) FBJ |
| Defendant | ) |

FILED SEP 20 2023 CLERK, U.S. DISTRICT COURT NORFOLK, VA

ORIGINAL SEALED

2023 SEP 11 P 4:49 RECEIVED UNITED STATES MARSHAL EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrea Hunt                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841 - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base (Count Two, et al.)

Date:  09/11/2023

*Issuing officer's signature*

City and state:  Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/11/23 , and the person was arrested on *(date)* 9/15/23
at *(city and state)* NORFOLK VA .

Date: 9/19/2023

*Arresting officer's signature*

D. PAYNE, DUSM
on behalf of FBI
*Printed name and title*