AO 442 (Rev. 11/11) Arrest Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| KOREA WOODS | ) Case No. 4:23cr54 |
|  | ) FIO # 11593805 |
|  | ) |
| Defendant | ) |

*FBI*

## ARREST WARRANT

*Received United States Marshal 2023 SEP 12 A 7:09 Eastern District of Virginia Norfolk Division*

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Korea Woods,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841 - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base (Count Two, et al.)

Date: 09/11/2023

*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on (date) _____, and the person was arrested on (date) _____ |
| at (city and state) _____. |

Date: _____

*Arresting officer's signature*

*Printed name and title*

Warrant executed in Southern District of Texas, Houston.

AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

SEALED

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

United States of America
v.
KOREA WOODS

Case No. 4:23cr54
FIO # 11593805

2023 SEP 12 A 7:09
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION
UNITED STATES MARSHAL

FBI

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Korea Woods

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841 - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base (Count Two, et al.)

Date: 09/11/2023

*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

INFORMATION COPY ONLY
NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL

### Return

This warrant was received on (date) 9-11-23 and the person was arrested on (date) 9-20-23
at (city and state) Houston, TX

Date: 9-20-23

*Arresting officer's signature*

Anthony Santos  FBI
*Printed name and title*