AO 442 (Rev. 11/11) Arrest Warrant

**ORIGINAL**

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
Amanda Bell

Defendant

Case No. 4:23cr54
FIO # 11593836

RECEIVED UNITED STATES MARSHAL
2023 SEP 12 A 8: 23
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

FBI
**ARREST WARRANT**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Amanda Bell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 & T.21:841(a)(1) and (b)(1)(D) - Possession with Intent to Distribute and Distribution of Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base (Count 2, et al)

Date: 09/11/2023

_____
Issuing officer's signature

City and state:   Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
Printed name and title

**Return**

This warrant was received on (date) 9/13/23, and the person was arrested on (date) 9/14/23
at (city and state) _____.

Date: 9/15/23

_____
Arresting officer's signature

Christopher C. Forvour, SA FBI
Printed name and title